### PETER G. MUNROE vs JOSIAH HOLMES, JR.

Although an executor has advanced his own moneys to pay valid claims against the solvent
estate of his testator, and died without settling his account or receiving enough from the
estate to reimburse himself, and the balance due to him has been settled in the probate
court upon an account filed by his administrator, the latter cannot maintain an action
against the administrator *de bonis non* of the testator's estate to recover the amount so
found due.

CONTRACT. The plaintiff was the administrator of the estate
of R. L. Barstow, who in his lifetime was executor of the will
of Henry N. Dexter, and as such executor advanced various
sums in payment of valid debts against Dexter's estate, which
was solvent, and died without settling his account, or receiving
enough from the estate to reimburse himself. The plaintiff filed
an account of the administration of Barstow, as such executor,
in the probate court, which was allowed, showing a balance due
to Barstow's estate. The defendant was administrator *de bonis
non* of Dexter, and this action was brought to recover the amount
so found due to Barstow's estate. The above facts were agreed
in the superior court, and judgment rendered thereon for the
defendant, and the plaintiff appealed to this court.

*T. M. Stetson,* for the plaintiff.

*O. Prescott,* for the defendant.

CHAPMAN, J. No precedent or authority for such an action
as this has been furnished by the plaintiff's counsel, and we
have not been able to find any. The plaintiff properly settled

the account of his intestate in the probate court, and if he has any further remedy we think he must seek it in that court, under Gen. Sts. *c.* 101, § 22.　　　　　　*Judgment for defendant.*